IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02319-ZLW-KLM

MICHAEL BROWN,

   Plaintiff,

v.

NATIONAL ENTERPRISE SYSTEMS, INC., an Ohio corporation,

   Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion for Plaintiff's Counsel to Appear at Fed.R.Civ.P. 16(b) Scheduling Conference by Telephone** [Docket No. 7; Filed December 10, 2008] (the "Motion"). A Scheduling Conference has been set for December 15, 2008 at 11:00 a.m.

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. On the date and time set for the Scheduling Conference, counsel for Plaintiff shall contact Chambers at **(303) 335-2770** to participate.

Dated: December 11, 2008