IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02319-ZLW-KLM

MICHAEL BROWN,

    Plaintiff,

v.

NATIONAL ENTERPRISE SYSTEMS, INC., an Ohio corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Telephonic Appearance at Settlement Conference** [Docket No. 17; Filed January 20, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. On the date and time set for the Settlement Conference, Defendant's client representative shall be available by telephone. Counsel for Defendant shall obtain the telephone number where the client representative can be reached throughout the duration of the Settlement Conference.

Dated: January 21, 2009